160 A.3d 773

COMMONWEALTH of Pennsylvania, Respondent

v.

Robert A. BOGDAN, Petitioner

No. 167 WAL 2016

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

AND NOW, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**